UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Roula C Mazeh**

Debtor(s).

/

CHAPTER 13
CASE NO:    **17-48413**
JUDGE       **Maria Oxholm**

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the Plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Babut Law Offices PLLC,** Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The Debtor(s) shall remit _____% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐ The Debtor(s)' Plan shall continue for no less than _____ months.

☐ The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.

☒ The Debtor(s)' Plan payments shall be increased to $ 3306.80 per month effective the 22nd day of January, 2018.

☐ Creditor's rights to object to the last filed Amended Plan are preserved until _____.

☒ Jeanned' Arc Bassil shall have a Class 5.1 claim (Claim 9) in the amount of $147,143.64 to be paid by the Trustee at 11% interest in equal monthly payments of $3,199.26.

**Objections Withdrawn**

For Creditor Jeanned' Arc Bassil   /s/   **David Jenna**

                                         David Jenna (P77170)
                                         23400 Michigan Avenue, Ste. 110
                                         Dearborn, MI 48124

Approved:

| /s/ Tammy Terry | **/s/ Thomas Paluchniak** |
|---|---|
| Tammy L. Terry | **Thomas Paluchniak P70284** |
| Chapter 13 Standing Trustee | Babut Law Offices PLLC |
| 535 Griswold, Suite 2100 | Attorney for Debtor(s) |
| Detroit, MI 48226 | 700 Towner Street |
| | Ypsilanti, MI 48198 |
| | (734) 485-7000 |
| | tpaluchniak@babutlaw.com |

**Signed on January 31, 2018**

/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**